UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DUNLOP,<br><br>    Defendant. | No.  2:21-cv-01644 DB P<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's complaint was filed on September 13, 2021.  (ECF No. 1.)  However, the complaint is not signed or dated.  (See Id.)  The court cannot consider unsigned filings, and the complaint must therefore be stricken from the record.  Fed. R. Civ. P. 11(a); E.D. Cal. R. 131.

   Plaintiff will be provided thirty (30) days to file a signed and appropriately dated complaint.  Failure to submit a signed amended complaint will result in a recommendation that this action be dismissed.

////

////

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint (ECF No. 1) shall be stricken by the Clerk of the Court;
2. Within thirty days from the date of this order, plaintiff shall file a signed complaint;
3. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and
4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner civil rights complaint form.

Dated: September 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Orders/Prisoner/Civil_Rights/R/leon1644.3a