UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 2:21-cv-01644 DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| M. DUNLOP, | |
| Defendant. | |

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2022, the court granted plaintiff's request to proceed in forma pauperis ("IFP") based on plaintiff's previously submitted application.  (ECF No. 12.)  However, it appears that, prior to this order, plaintiff was released from custody and is no longer a prisoner.  (<u>See</u> ECF Nos. 9-11.)  Plaintiff's application to proceed IFP was submitted while plaintiff was in custody and used the form for application to proceed IFP by a prisoner.  (ECF No. 2.)  The rules governing IFP status differ for prisoners and non-prisoners.  <u>See</u> 28 U.S.C. § 1915.  As such, the court's prior order directing the collection of payments from plaintiff by CDC must vacated given that plaintiff is no longer a prisoner.  Plaintiff will be directed to file a new IFP application on the form used for non-prisoners.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's March 28, 2022 order directing the collection of payments by CDC (ECF No. 16) is vacated.
2. Plaintiff is directed to file an updated IFP application on the form used for non-prisoner plaintiffs.
3. The Clerk of the Court is directed to send plaintiff a copy of the form used by non-prisoners to request in forma pauperis status.

DATED: March 29, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/leon1644.IFP_nonprisoner

2