UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICK E. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. DUNLOP,<br><br>　　　　　Defendant. | No.  2:21-cv-01644 DB P<br><br><br>ORDER |

　　　Plaintiff, a former state prisoner appearing pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendant violated his Eighth Amendment rights during disciplinary proceedings.

　　　On March 30, 2022, the court ordered plaintiff to file an updated IFP application on the form used for non-prisoners due to the fact that plaintiff is no longer in custody.  (ECF No. 18.) Plaintiff has not filed an updated IFP application on the required form, requested additional time to do so, or otherwise responded to the court's order.  Plaintiff will be ordered to file the updated IFP application on the proper form or pay the required filing fee of $350.00 plus the $52.00 administrative fee within twenty-one days of the date of this order.  Failure to comply with this order will result in a recommendation that this action be dismissed.

　　　Additionally, the court previously referred this case to the Alternative Dispute Resolution ("ADR") project.  (ECF No. 21.)  In order to schedule an ADR settlement conference in this

action, the court requires up to date contact information for the plaintiff. To this end, the court will order plaintiff to confirm his present address. Additionally, plaintiff will be ordered to provide the court with a telephone number where he can be reached and confirm that he has access to Zoom video conference software.

In accordance with the above, IT IS HEREBY ORDERED, that within twenty-one (21) days of the date of this order plaintiff shall:

1. Submit either the $350.00 filing fee plus the $52.00 administrative fee or an updated IFP application on the form used for non-prisoner plaintiffs; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice;

2. Confirm in writing that the address currently associated with the plaintiff in this action is correct; and

3. Contact Court Room Deputy Pete Buzo to provide a telephone number where plaintiff can be reached and confirm that plaintiff has access to Zoom video conference software. Pete Buzo can be reached via email at PBuzo@caed.uscourts.gov or via telephone at (916) 930-4128.

DATED: May 27, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/leon1644.3a+contact