UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 2:21-cv-01644 DB P |
| Plaintiff, | |
| v. | ORDER |
| M. DUNLOP, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff claims defendant violated his Fourteenth Amendment due process rights during disciplinary proceedings. On July 7, 2022, defendant filed a motion to opt out of the post-screening ADR project. (ECF No. 25.) After reviewing the motion, the court will deny defendant's motion without prejudice to its renewal.

The court's May 9, 2022 order referring this action to the Post-Screening ADR Project permits defendant to opt out of an ADR settlement conference. (ECF No. 21 at 2.) In order to opt out, defendant's motion must show that defense counsel has investigated plaintiff's claims, spoken with plaintiff, and conferred with defense counsel's supervisor. (Id.) The motion also must explain why defense counsel believes in good faith that a settlement conference would be a waste of resources. (Id.)

Defendant's request to opt out asserts that defendant believes "a settlement conference would be a waste of resources at this stage." (ECF No. 25 at 2.) Defendant claims that this

1

determination was reached after defense counsel "conducted a preliminary investigation." (Id.) However, the motion does not explain why defense counsel believes a settlement conference would be a waste of resources.  The motion also does not assert that defense counsel spoke with plaintiff and conferred with defense counsel's supervisor.  Further, the motion does not include any additional supporting documents or declarations from defense counsel.  As such, defendants have failed to show good cause exists to grant the present motion to opt out of the Post-Screening ADR Project.

Given the above, defendant's motion to opt out of the ADR settlement conference will be denied without prejudice.  Should they choose to do so, defendant may file a renewed motion to opt out that shows good cause exists to grant the motion.  Defendants will be granted additional time to file such a motion

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of early settlement conference (ECF No. 25) is denied without prejudice.

2. Defendant may file a motion to opt out of early settlement conference within fourteen (14) days of the date of this order.

DATED: July 13, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/leon1644.deny.optout