UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 2:21-cv-01644 DB P |
| Plaintiff, | |
| v. | ORDER |
| M. DUNLOP, | |
| Defendant. | |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff claims that defendant failed to protect plaintiff in violation of his Eighth Amendment rights.  On March 30, 2022, the court ordered plaintiff to file an updated application to proceed in forma pauperis used by non-prisoners.  (ECF No. 18.)  Plaintiff has filed a renewed in forma pauperis application.  (ECF No. 24.)  Plaintiff's in forma pauperis application makes the financial showing required by 28 U.S.C. § 1915(a)(1).  The court previously found that plaintiff's complaint stated cognizable claims.  (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's renewed motion to proceed in forma pauperis (ECF No. 24) is granted.

Dated:  September 1, 2022

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/leon1644.nonpris_ifp

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1