UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>M. DUNLOP,<br><br>Defendant. | No. 2:21-cv-01644 DAD DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action 42 U.S.C. §1983. Plaintiff claims defendant violated his Fourteenth Amendment due process rights during disciplinary proceedings. On December 1, 2022, defendants filed a motion for summary judgment. (ECF No. 35.) Plaintiff has not filed an opposition to that motion. Defendants have also filed a reply arguing that summary judgment should be granted as plaintiff has failed to file an opposition. (ECF No. 37.)

Local Rule 230(c) states in part: "A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion." On October 14, 2022, plaintiff was advised of the requirements for filling an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. (ECF No. 32 at 6-7, 9.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the court's order filed October 14, 2022, plaintiff was advised that failure to

comply with the court orders and Local Rules may result in a recommendation that the action be dismissed.  (ECF No. 32 at 8.)

     Good cause appearing, IT IS HEREBY ORDERED that, within thirty (30) days of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  March 20, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/leon1644.osc.msj

2